IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROLAND JOHNSON, ) | |
| ) | |
| Plaintiff, ) | 7:09CV5002 |
| ) | |
| vs. ) | ORDER |
| ) | |
| COUNTY OF LOUP and ) | |
| WILLIAM WEBER, Individually and in his ) | |
| capacity as District One Commissioner, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 11).  The court finds that the parties' joint stipulation should be granted.

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 11) is granted and this case is dismissed with prejudice, each party to bear its own costs.

DATED this 4th day of May, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge